**Order entered April 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00083-CR

**CHAD ELDON HUDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F14-51555-I**

## ORDER

The Court **GRANTS** court reporter Velma Loza's March 30, 2015 request for an extension of time to file the reporter's record. We **ORDER** Ms. Loza to file the complete record, including exhibits, within **THIRTY DAYS** of the date of this order.

/s/     ADA BROWN
         JUSTICE